# Order

Michigan Supreme Court
Lansing, Michigan

March 16, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142474

THIRD JUDICIAL CIRCUIT COURT,
        Plaintiff-Appellee,

v

COUNTY OF WAYNE and WAYNE
COUNTY SHERIFF,
        Defendants-Appellants,

SC: 142474
COA: 301216
Wayne CC: 08-124883-CZ;
09-024072-CZ

and

WAYNE COUNTY CLERK,
        Defendant.
_____/

On order of the Court, the application for leave to appeal the December 10, 2010 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, the request for a stay of the proceedings in the Wayne Circuit Court is GRANTED pending the completion of the expedited appeal in the Court of Appeals.

HATHAWAY and MARY BETH KELLY, JJ., did not participate because they have personal knowledge of disputed evidentiary facts concerning the proceedings. MCR 2.003(C)(1)(c).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 16, 2011

_____
Clerk

d0316